USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11 14 19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- X

JOHN DOE,                                        :
                                                 :
                 **Plaintiff,**       :
                                                 :           **1:19-cv-01544 (ALC)**
        **-against-**                :
                                                 :           **ORDER**
WILLIAM BARR, EL AL.,                            :
                                                 :
              **Defendants.**       :

--------------------------------------------------------- X

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' joint status letter dated October 25, 2019. ECF No.

52. Accordingly, the Court will hold a status conference on **November 20, 2019 at 2:30 p.m.** in

Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New

York, New York 10007.

**SO ORDERED.**

Dated:   **November 14, 2019**
         **New York, New York**
                               **ANDREW L. CARTER, JR.**
                               **United States District Judge**