USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/25/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
JOHN DOE,

      Plaintiff,

   -against-

WILLIAM BARR, EL AL.,

      Defendants.
------------------------------------------------------------- x

1:19-cv-01544 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

Pursuant to status conference held on November 20, 2019, the Parties are hereby

**ORDERED** to adhere to the following briefing schedule:

| | |
|---|---|
| Motion to Dismiss: | January 10, 2020 |
| Opposition to Motion: | January 31, 2020 |
| Reply to Opposition | February 7, 2020 |

**SO ORDERED.**

Dated: November 25, 2019
   New York, New York

                _____
                ANDREW L. CARTER, JR.
                United States District Judge