UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN DOE,

                Plaintiff,

-against-                              19 **CIVIL** 1544 (ALC)

                                            **JUDGMENT**

WILLIAM BARR, ET AL.,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated September 22, 2020, having concluded that this case is moot, the Court will not proceed to the other grounds on which the Government has moved. Plaintiff's claims are hereby DISMISSED. Defendants' motion to dismiss is GRANTED and Plaintiff's claims are DISMISSED; accordingly, this case is closed.

**Dated:**  New York, New York

      September 23, 2020

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                        **BY:**    ___ *K. Mango* ___

                                                    **Deputy Clerk**